Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA  91403
Telephone:  (818) 933-5700
Facsimile:   (818) 933-5755



FILED
JUL 11 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:               Deputy Clerk

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

To:        CLERK, U.S. BANKRUPTCY COURT

Re:        UNDISTRIBUTED FUNDS

Debtor:    MICHAEL DONALD ROSE
           24206 CROSS STREET
           NEWHALL, CA  91321

Case No.:  SV08-18413-VK

Explanation of Source:   Transmitted herewith for deposit into the Court registry is the check identified below.  The check was not deliverable at the address in the Trustee's file.  The Trustee, after due diligence, has not been able to locate the payee.  Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| MICHAEL DONALD ROSE<br>24206 CROSS STREET<br>NEWHALL, CA 91321 | $ 1,520.48 |

Dated:  July 08, 2011

_Elizabeth J Rojas_
Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

CLK US BANKRUPTCY CT

Check No.: 0833892
Check Date: 07/06/2011
Check Amt: 1,520.48

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0818413 | Claim #: 00000 | MICHAEL DONALD ROSE | | 0.00 | 0.00 | 1,520.48 | 1,520.48 |
| | | TOTALS | | 0.00 | 0.00 | 1,520.48 | 1,520.48 |

---

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

1ST ENTERPRISE BANK
818 W. Seventh Street, Suite 220
Los Angeles, CA 90017

16-4430/1220

CHECK DATE: Jul 06, 2011
CHECK NO.: 0833892

CHECK AMOUNT
$******1,520.48

VOID AFTER 60 DAYS

ROSE, MICHAEL DONALD

Case No: 0818413

PAY ONLY  1,520.48
ONE COMMA FIVE TWO ZERO PERIOD FOUR EIGHT

PAY TO THE ORDER OF   CLK US BANKRUPTCY CT

VOID OVER $1,520.48

*Elizabeth F Rojas* (signature)

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈⁰0833892⑈⁰  ⑈:122044300⑈:  001⑈111690⑈⁰